

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00024-CV

| | | |
|---|---|---|
| Richard W. Bell and Margaret B. Bell | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2013-02041) |
| v. | | |
| | § | October 9, 2014 |
| Victor Myers Construction, LLC | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellee Victor Myers Construction, LLC shall have and recover of and from Appellants Richard W. Bell and Margaret B. Bell and their sureties David Dennis and Philo Bell from their supersedeas bond, the amount adjudged below together with all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot